FILED

12/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### No. DA 21-0321

DON DANIELS, as conservator of the Estate of SARAH DANIELS,

      Plaintiff and Appellee,

v.

GALLATIN COUNTY, RICK BLACKWOOD, and ONE BEACON INSURANCE GROUP, LLC, d/b/a ATLANTIC SPECIALTY INSURANCE COMPANY,

      Defendants and Appellants.

On Appeal from the Montana Eighteenth Judical District
Gallatin County Casue No. DV-18-17B
Honorable Judge Rienne H. McElyea

## ORDER DISMISSING GALLATIN COUNTY AND RICK BLACKWOOD'S APPEAL

Upon stipulation of the parties and for good cause showing,

IT IS HEREBY ORDERED that Gallatin County and Rick Blackwood's motion to dismiss their appeal and withdraw their opening brief is GRANTED.

DATED this ____, _____ 2021.

By: _____

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 3 2021